SERENA M. WARNER, SB No. 264799
  Email: swarner@akk-law.com
DANIELLE J. WILLIAMS, SB No. 317229
  Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant COUNTY OF SOLANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HENRY,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SOLANO, CALIFORNIA,<br><br>　　　　　　　　　Defendant. | Case No.: 2:21-cv-01506-JAM-DB<br><br>**STIPULATION REGARDING DEFENDANT COUNTY OF SOLANO'S RESPONSE TO COMPLAINT; ORDER** |

WHEREAS parties previously stipulated to extend the time for Defendant COUNTY OF SOLANO to respond to Plaintiff SHARON HENRY'S Complaint by two weeks to November 15, 2021 pursuant to Local Rule 144(a);

WHEREAS in preparing to respond to the Complaint the parties conferred regarding the sufficiency of the allegations in the Complaint;

WHEREAS Plaintiff has agreed to file an amended complaint to address some of the concerns expressed by Defendant and to add facts regarding ongoing issues between the parties;

Accordingly, the parties hereby agree that, with this Court's approval, Defendant will wait to respond until after Plaintiff files an amended complaint.

IT IS SO STIPULATED.

Dated: November 12, 2021     ANGELO, KILDAY & KILDUFF, LLP

*/s/ Serena M. Warner*
By:_____
SERENA M. WARNER
DANIELLE J. WILLIAMS
Attorneys for Defendant COUNTY OF SOLANO

Dated: November 12, 2021     NICHOLS LAW, P.C.

*/s/ Sarah R. Nichols*
[as authorized 11/12/21]
By:_____
SARAH R. NICHOLS
REBECCA WILDMAN-TOBRINER
Attorneys for Plaintiff SHARON HENRY

## ORDER

Defendant COUNTY OF SOLANO may wait to respond until after Plaintiff files an amended complaint. IT IS SO ORDERED.

Dated: November 12, 2021     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE