Sarah R. Nichols (SBN 233099)
Meeta T. Dama (SBN 250277)
**NICHOLS LAW, P.C.**
75 Broadway, Ste. 202
San Francisco California 94111
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com
       meeta@nicholslawyer.com

Attorneys for *Plaintiff*
SHARON HENRY

Serena K. Warner (SBN 264799)
Danielle J. Williams (SBN 317229)
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Ave., Ste. 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Email: swarner@akk-law.com
       dwilliams@akk-law.com

Attorneys for *Defendants*
COUNTY OF SOLANO, CA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| SHARON HENRY,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SOLANO, CALIFORNIA,<br><br>   Defendants. | Case No.: 2:21-cv-01506-JAM-DB<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: June 7, 2022<br>Time: 1:30PM<br>Courtroom: 6, 14th Floor<br>Honorable John A. Mendez<br><br>Complaint Filed: August 23, 2021<br>FAC Filed: December 10, 2021<br>SAC Filed: March 7, 2022 |

1

**JOINT STIP TO EXTEND DEADLINE**                                    Sarah R. Nichols, Esq.
*Henry v. County of Solano, California*                              Meeta T. Dama, Esq.
Case No.: 2:21-cv-01506-JAM-DB

1  WHEREAS, on April 20, 2022, Defendant County of Solano filed a reply to Plaintiff's non-opposition to the motion to dismiss pursuant to Local Rule 230(c) as no Opposition had been filed as of that date;

WHEREAS, counsel for Plaintiff then realized its error having calendared the opposition under the prior Rule;

WHEREAS, Defendant hereby agrees to additional time for Plaintiff to file her opposition due to the error.

Accordingly, pursuant to Local Rule 144, the parties, by and through their undersigned counsel, hereby stipulate to a twelve-day (12) extension of time for Plaintiff Sharon Henry to file her Response in Opposition to Defendant the County of Solano, California's Motion to Dismiss Plaintiff's Second Amended Complaint extending the deadline through April 25, 2022.

No prior extensions of time have been sought related to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.  This short extension of time will not delay or otherwise impact the noticed hearing date of June 7, 2022.

Respectfully submitted on this 22nd day of April, 2022.


/s/ Meeta T. Dama
Sarah R. Nichols
Meeta T. Dama
**NICHOLS LAW, P.C.**
Attorneys for *Plaintiff*
SHARON HENRY


/s/ Serena K. Warner
Serena K. Warner
Danielle J. Williams
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys for *Defendant*
COUNTY OF SOLANO

1 **IT IS SO ORDERED** this 25th day of April, 2022.

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

NICHOLS LAW, P.C.
75 BROADWAY, SUITE 202
SAN FRANCISCO, CALIFORNIA 94111

3

**JOINT STIP TO EXTEND DEADLINE**                                    Sarah R. Nichols, Esq.
*Henry v. County of Solano, California*                              Meeta T. Dama, Esq.
Case No.: 2:21-cv-01506-JAM-DB