Sarah R. Nichols (SBN 233099)
Meeta T. Dama (SBN 250277)
**NICHOLS LAW, P.C.**
75 Broadway, Ste. 202
San Francisco California 94111
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com
       meeta@nicholslawyer.com

Attorneys for *Plaintiff*
SHARON HENRY

Serena K. Warner (SBN 264799)
Danielle J. Williams (SBN 317229)
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Ave., Ste. 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Email: swarner@akk-law.com
       dwilliams@akk-law.com

Attorneys for *Defendants*
COUNTY OF SOLANO, CA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SHARON HENRY, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SOLANO, CALIFORNIA, <br><br> Defendants. | Case No.: 2:21-cv-01506-JAM-DB <br><br> **JOINT STIPULATION AND ORDER TO STAY CASE PENDING MEDIATION** <br><br> Complaint Filed: August 23, 2021 <br> FAC Filed: December 10, 2021 <br> SAC Filed: March 7, 2022 |

Plaintiff Sharon Henry ("Plaintiff") and Defendant County of Solano, California ("Defendant") (together with Plaintiff, the "Parties") respectfully submit the following Joint Stipulation to Stay the Case Pending Mediation.

1

WHEREAS, after conferring in good faith, the Parties have agreed, subject to court approval, that mediation prior to the further expenditure of additional time and resources of the Parties and the Court would be helpful in attempting to reach an early resolution of the Action; and

WHEREAS, the Parties have engaged Mark LeHocky to mediate this civil action and scheduled a full-day mediation with Mr. LeHocky to take place on October 26, 2022; and

WHEREAS, the Parties accordingly stipulate and agree that the case should be stayed until and through December 1, 2022, and that the parties will file a Joint Status Report no later than 14 days following the termination of the stay to apprise the Court whether the mediation was successful and of the status of the case.

**IT IS HEREBY STIPULATED AND AGREED, AND RESPECTFULLY REQUESTED, AS FOLLOWS:**

The case shall be stayed until and through December 1, 2022, pending the Parties' mediation which is scheduled to take place on October 26, 2022. The parties will file a Joint Status Report no later than 14 days following the termination of the stay to apprise the Court whether the mediation was successful and of the status of the case.

**IT IS SO STIPULATED.**

Respectfully submitted on this 16th day of September, 2022.

*/s/ Sarah R. Nichols*
Sarah R. Nichols
Meeta T. Dama
**NICHOLS LAW, P.C.**
Attorneys for *Plaintiff*
SHARON HENRY

*/s/ Serena K. Warner*
Serena K. Warner
Danielle J. Williams
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys for *Defendant*
COUNTY OF SOLANO

NICHOLS LAW, P.C.
75 BROADWAY, SUITE 202
SAN FRANCISCO, CALIFORNIA 94111

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 16th day of September 2022.

/s/ John A. Mendez
---
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE