Sarah R. Nichols (SBN 233099)
**NICHOLS LAW, P.C.**
75 Broadway, Ste. 202
San Francisco California 94111
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com

Attorneys for *Plaintiff*
SHARON HENRY

Serena K. Warner (SBN 264799)
Danielle J. Williams (SBN 317229)
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Ave., Ste. 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Email: swarner@akk-law.com
         dwilliams@akk-law.com

Attorneys for *Defendants*
COUNTY OF SOLANO, CA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SHARON HENRY,<br><br>                    Plaintiff,<br><br>           vs.<br><br>COUNTY OF SOLANO, CALIFORNIA,<br><br>                    Defendants. | Case No.: 2:21-cv-01506-JAM-DB<br><br>**ORDER GRANTING**<br>**THE ORDER TO STAY BE EXTENDED**<br><br>Complaint Filed: August 23, 2021<br>FAC Filed: December 10, 2021<br>SAC Filed: March 7, 2022 |

1

**ORDER GRANTING THE ORDER TO STAY BE EXTENDED**                                                Sarah R. Nichols, Esq.
*Henry v. County of Solano, California*
Case No.: 2:21-cv-01506-JAM-DB

1  The parties are pleased to report that this matter has settled. The parties expect the
2  agreement will be signed shortly and that payment will be made by January 10, 2022.
3  The parties jointly request that the stay be extended until January 10, 2023, and that the Order to
4  file a joint status report on December 14, 2022, be vacated.

6  **IT IS SO ORDERED** this 30th day of November, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING THE ORDER TO STAY BE EXTENDED**  Sarah R. Nichols, Esq.
*Henry v. County of Solano, California*
Case No.: 2:21-cv-01506-JAM-DB